FILED
08 FEB -7 AM 11:56
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

'08 CR 0337 H

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JOSE LOPEZ-SANCHEZ (1), aka Enrique Lopez-Arroyo, FERNANDO OSUNA-HERNANDEZ (2), JOSE FRANCISCO PEREZ-GOMEZ (3), Defendants. | Criminal Case No. __________ <br> I N D I C T M E N T <br> Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |

The grand jury charges:

Count 1

Beginning at a date unknown to the grand jury and continuing up to and including January 7, 2008, within the Southern District of California, and elsewhere, defendants JOSE LOPEZ-SANCHEZ, aka Enrique Lopez-Arroyo, FERNANDO OSUNA-HERNANDEZ and JOSE FRANCISCO PEREZ-GOMEZ did knowingly and intentionally conspire together and with each other and with other persons known and unknown to the grand jury to distribute 100 kilograms and more, to wit: 164.25 kilograms (362.10) pounds) of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

WDK:fer(1):San Diego
2/7/08

Count 2

On or about January 7, 2008, within the Southern District of California, defendants JOSE LOPEZ-SANCHEZ, aka Enrique Lopez-Arroyo, FERNANDO OSUNA-HERNANDEZ and JOSE FRANCISCO PEREZ-GOMEZ did knowingly and intentionally possess, with intent to distribute 100 kilograms and more, to wit: approximately 164.25 kilograms (362.10 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Count 3

On or about January 7, 2008, within the Southern District of California, defendant JOSE LOPEZ-SANCHEZ, aka Enrique Lopez-Arroyo, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

//

//

//

//

//

//

It is further alleged that defendant JOSE LOPEZ-SANCHEZ, aka Enrique Lopez-Arroyo, was removed from the United States subsequent to January 27, 2005.

DATED: February 7, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
DOUGLAS KEEHN
Assistant U.S. Attorney