**CHARLES L. REES**
California Bar No. 200682
**LAW OFFICES OF CHARLES L. REES**
424 F Street, Suite D
San Diego, California 92101
Telephone: (619) 239-9300
Fax: (619) 702-5415
Email: charleslrees@yahoo.com

Attorney for **Mr. Jose Francisco Perez-Gomez**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 08CR337H |
| Plaintiff, | ) | |
| v. | ) | Date: March 24, 2008<br>Time: 2:00 p.m. |
| JOSE FRANCISCO PEREZ-GOMEZ (3), | ) | **NOTICE OF MOTIONS AND MOTIONS TO:** |
| Defendant. | ) | **(1) COMPEL DISCOVERY AND PRESERVE EVIDENCE**<br>**(2) GRANT LEAVE TO FILE FURTHER MOTIONS** |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY; AND REBEKAH YOUNG, ASSISTANT UNITED STATES ATTORNEY.

PLEASE TAKE NOTICE that as soon as counsel may be heard, defendant, Jose Francisco Perez-Gomez, by and through his attorney, Charles L. Rees, will ask this Court to enter an order granting the following motions.

//

//

//

//

//

**MOTIONS**

Jose Francisco Perez-Gomez, by and through his attorney, Charles L. Rees, pursuant to the Fourth, Fifth and Sixth Amendments to the United States Constitution, FED. R. CRIM. P. 12, 16 and 26, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

**1) Compel discovery and preserve evidence; and**

**2) Grant leave to file further motions**

These motions are based upon the instant Notice of Motions and Motions, the attached Facts and Memorandum of Points and Authorities, the files and records in this case, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: March 10, 2008

/s/**CHARLES L. REES**
Attorney for Mr. Jose Francisco Perez-Gomez