# CERTIFICATE OF SERVICE

Counsel for Defendant Jose Francisco Perez-Gomez hereby certifies that on this date copies of Mr. Perez-Gomez' motions were served electronically upon the following attorneys:

(1) Rebekah Young, AUSA

(2) Gary P. Burcham, Esq.

(3) Kris J. Kraus, Esq.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on March 10, 2008, at San Diego, California.

/s/ Charles L. Rees
Charles L. Rees